PENNSYLVANIA R. CO. v. CARBON COAL & COKE CO.

(Circuit Court of Appeals, Third Circuit.   December 4, 1913.)

Nos. 1625–1629.

In Error to the District Court of the United States for the Eastern District of Pennsylvania; James B. Holland, Judge.

Consolidated actions at law by John Langdon, by the Carbon Coal & Coke Company, by the Mt. Equity Coal Company, by J. Herbert Sweet and others, executors, and by E. Eichelberger & Co. against the Pennsylvania Railroad Company. Judgments for plaintiffs, and defendant brings error. Reversed.

See, also, 186 Fed. 237, and 194 Fed. 486.

John Hampton Barnes, of Philadelphia, Pa., for plaintiff in error.

Harry Cessna, J. W. M. Newlin, and Graham & Gilfillan, all of Philadelphia, Pa., for defendants in error.

Before GRAY, BUFFINGTON, and McPHERSON, Circuit Judges.

GRAY, Circuit Judge. When these cases were called for argument, counsel agreed at bar that (in view of recent decisions by the Supreme Court upon the measure of damages in this class of cases) the instructions and rulings by the District Court upon that subject were erroneous.

It is therefore ordered that in each of the foregoing cases the judgment be reversed, upon this ground alone—no other question being considered or decided by this court.